UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DOMINGO GERMAN MACAVILCA,<br><br>Plaintiff,<br><br>v.<br><br>ALYSSA McCLUSKEY *et al.*,<br><br>Defendants. | Case No. C08-5263RJB/JKA<br><br>REPORT AND RECOMMENDATION<br><br>**NOTED FOR:**<br><br>**August 29, 2008** |

This Civil Rights action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. § 636(b)(1)(B). The court has twice informed plaintiff that he may not challenge the propriety of deportation decisions and action in a civil rights action. In the original complaint plaintiff sought criminal charges against the named defendants, challenged ongoing deportation process, and named a defendant solely in his capacity as a supervisor (Dkt # 5). The defects in the complaint were explained, and the court ordered plaintiff to file an amended complaint. The amended complaint contained many of the same errors and violated Fed. R. Civ. P. 8 (a). See, (Dkt. # 7).

A second order to amend was entered (Dkt # 8). In response, plaintiff has moved to consolidate this action with another action that he does not properly identify (Dkt. # 9). He continues to attempt to challenge his ongoing deportation proceeding. The court has given plaintiff a more than adequate chance to file a proper complaint and now recommends this action be dismissed for failure to comply with the

REPORT AND RECOMMENDATION
Page - 1

courts orders to amend. This dismissal would be for failure to comply with a court order and would be **DISMISSAL WITHOUT PREJUDICE** as the court does not reach the merits of plaintiff's claims.

Pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil Procedure, the parties shall have ten (10) days from service of this Report to file written objections. *See also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those objections for purposes of appeal. Thomas v. Arn, 474 U.S. 140 (1985). Accommodating the time limit imposed by Rule 72(b), the clerk is directed to set the matter for consideration on **August 29, 2008**, as noted in the caption.

DATED this 11 day of August, 2008.

*/S/ J. Kelley Arnold*
J. Kelley Arnold
United States Magistrate Judge