UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DOMINGO GERMAN MACAVILCA,

Plaintiff,

v.

ALYSSA McCLUSKEY *et al.*,

Defendants.

Case No. C08-5263RJB/JKA

ORDER DENYING PLAINTIFF'S MOTION TO CONSOLIDATE THIS ACTION WITH ANOTHER UNIDENTIFIED ACTION

This Civil Rights action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. § 636(b)(1)(B). In response to the courts second order to amend the complaint, (Dkt # 8), plaintiff has filed a motion to consolidate this action with "his other pending case" (Dkt. # 9). Plaintiff does not identify this other action by number and does not provide the names of the parties to the other action. Further, plaintiff has again filed a document that challenges the propriety of his deportation proceedings (Dkt. # 9). Plaintiff has twice been informed he may not challenge those proceedings in a Civil Rights Action.

Plaintiff's motion to consolidate is **DENIED**

The Clerk is directed to send a copy of this Order to plaintiff, and remove Dkt. # 9 from the court calendar.

DATED this 11 day of August, 2008.

/S/ *J. Kelley Arnold*
J. Kelley Arnold
United States Magistrate Judge

ORDER PAGE 1