1

2

3

4

5

6                          UNITED STATES DISTRICT COURT
                          WESTERN DISTRICT OF WASHINGTON
                                    AT TACOMA

7

8    DOMINGO GERMAN MACAVILCA,

9              Plaintiff,
                                                  Case No. C08-5263RJB/JKA
10         v.
                                                  ORDER TO SHOW CAUSE WHY
11   ALYSSA McCLUSKEY *et al*.,                    THIS ACTION SHOULD NOT BE
                                                  DISMISSED FOR FAILURE TO
12             Defendants.                        PROSECUTE

13
            This Civil Rights action has been referred to the undersigned Magistrate Judge pursuant to
14
     Title 28 U.S.C. § 636(b)(1)(B).  Defendants filed a notice of appearance on October 2, 2008, (Dkt. #
15
     16).  They have not answered the complaint or filed any dispositive motion pursuant to Fed. R. Civ.
16
     P. 12.
17
            It is plaintiff's obligation to prosecute this action and move the case forward.  Other than a
18
     change of address filed February 18, 2009, nothing has been filed (Dkt. # 17).
19
            Plaintiff is now **ORDERED TO SHOW CAUSE** why this action should not be dismissed
20
     for failure to prosecute.  A response to this order is due on or before **April 3, 2009.**  Failure to
21
     respond, or an inadequate response, will result in a Report and Recommendation that this action be
22
     **DISMISSED WITH PREJUDICE**.  The Clerk is directed to send a copy of this Order to plaintiff,
23
     and counsel for defendants.
24

25          DATED this 2 day of March, 2009.

26                                               /S/ *J. Kelley Arnold*
                                                 J. Kelley Arnold
27                                               United States Magistrate Judge

28   ORDER PAGE 1