# United States District Court

WESTERN DISTRICT OF WASHINGTON

DOMINGO GERMAN MACAVILCA

JUDGMENT IN A CIVIL CASE

v.

ALYSSA McCLUSKEY

CASE NUMBER: C08-5263RJB-JRC

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

1. The Court adopts the Report and Recommendation: and

2. This action is **DISMISSED WITH PREJUDICE** for failure to respond to a Court Order. See, Fed. R. Civ. P. 41(b)(2).

    May 27, 2009                                                       BRUCE RIFKIN
                                                                                                      Clerk

                                                                                        /s/ Jennie L. Patton
                                                                                     Deputy Clerk